UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUAR RAMOS,<br><br>        Defendant. | Case No.  19-cr-00305-RS-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant is ordered released from the custody of the United States Marshal based on a sentence of time served.

**IT IS SO ORDERED.**

Dated: 5/10/2021

_____
RICHARD SEEBORG
Chief United States District Judge

*Rev. 09-2020*