UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 10, 2021          **Time:** 25 minutes          **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00305-RS-1    **Case Name:** USA v. Eduar Ramos

**Attorney for Government:** Dan Karmel
**Attorney for Defendant:** Charles Woodson
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Corinne Lew                    **Court Reporter:** Jo Ann Bryce
**Interpreter:** Wendy Maestracci - Spanish      **Probation Officer:** n/a

## PROCEEDINGS

Change of Plea and Sentencing Hearing Held via Zoom.

## SUMMARY

Court proceedings held by zoom.  General Order 74 authorizes the Court to proceed by way of video conference hearing.

**Change of Plea:** Defendant sworn in by clerk.   The defendant plead guilty to Count One of the Indictment.

**Sentencing:** The court sentenced the defendant to the custody of the Bureau of Prisons for a period of 3 months as to Count One . Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years.  The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately.  The court did not impose a fine.  Government's Motion to Dismiss Count 2 is granted.
(see judgment for additional conditions)